UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CLEVESTER AKINS, SR. SURVIVING STATUTORY BENEFICIARY ON BEHALF OF WILLIE MAE AKINS,**

**PLAINTIFF,**

**V.**

**C. R. BARD, INC. AND BARD PERIPHERAL VASCULAR, INC.,**

**DEFENDANTS.**

CASE NO. 4:20-cv-00317-JM

## ORDER

**IT IS ORDERED** that the Stipulation of Dismissal with Prejudice is GRANTED. This matter (4:20-cv-00317-JM) is dismissed with prejudice, each party to bear his, her or its own costs and fees.

DATED this 4th day of August, 2020.

_____
United States District Judge